peals for the District of Columbia denied. *Messrs. Richard L. Merrick* and *Wade H. Cooper* for petitioner. *Mr. H. Winship Wheatley* for respondents.

No. 377. COOPER *v.* O'CONNOR ET AL. November 7, 1938. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. Richard L. Merrick* and *Wade H. Cooper* for petitioner. *Messrs. H. Winship Wheatley, Swagar Sherley,* and *Charles F. Wilson* for respondents.

No. 381. AERO NECK BAND & COLLAR CO. ET AL. *v.* BEAVER MANUFACTURING CO. November 7, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. W. Hastings Swenarton* and *J. Preston Swecker* for petitioners. *Mr. Irving F. Goodfriend* for respondent.

No. 382. CHICAGO PNEUMATIC TOOL CO. *v.* HUGHES TOOL CO. November 7, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Thomas G. Haight, William F. Hall,* and *Earle W. Evans* for petitioner. *Mr. George I. Haight* for respondent.

No. 383. JOHN MORRELL & CO. *v.* DOYLE ET AL. November 7, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Hugh M. Morris, Edward T. Fenwick, Charles R. Fenwick,* and *Alexander L. Nichols* for petitioner. *Messrs. Edward S. Rogers* and *W. M. Acton* for respondents.